IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-608-CR





CAIN MANCHA RAMIREZ,



 APPELLANT



vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT


NO. 93-687-K368, HONORABLE BURT CARNES, JUDGE PRESIDING



 




PER CURIAM



 This is an appeal from a judgment of conviction for delivery of marihuana. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: November 23, 1994

Do Not Publish